IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

FEB 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| ONOFRE GUERRA, JR., <br> Petitioner, <br><br> VS. <br><br> UNITED STATES OF AMERICA, <br> Respondent. | § <br> § <br> § <br> §    MISC. ACTION NO. B-03-022 <br> § <br> § <br> § |

## ORDER

Petitioner, Onofre Guerra Jr. ("Guerra") has filed a Motion for Writ of Error Coram Nobis pursuant to 28 U.S.C. § 1651. Petitioner will be allowed to proceed in Forma Pauperis.

The United States Government is hereby ordered to file a response by March 24, 2004.

DONE at Brownsville, Texas, this 6th day of February, 2004.

                                                       John Wm. Black
                                          United States Magistrate Judge